

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00116-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01296
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Norris J. DeVoll.

SIGNED December 31, 2014.

_____
Rebeca C. Martinez, Justice